UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DESHAUN CRAWFORD,<br><br>        Defendant. | NO. CR-02-0199-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE** |

Defendant moves for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). On December 6, 2002, Defendant pleaded guilty to distribution of more than five grams of crack cocaine. That morning, the Government filed an Amended Information that alleged that Defendant had a prior drug felony conviction. Due to the amount of the cocaine and the prior conviction, the Court was required to sentence Defendant to the mandatory minimum sentence. 21 U.S.C. § 841(b)(1)(B)(iii) (2003). Defendant stipulated both to the prior conviction and amount, and acknowledged the "effect of this puts him into a mandatory term." ECF No. 50, at 4-5 (transcript). The Court imposed a 120-month sentence on March 25, 2003.

In November 2007, the U.S. Sentencing Commission issued Amendment 706, which lowered the guideline ranges applicable to crack cocaine offenses. Amendment 706 was made retroactive a few months later. U.S.S.G. § 1B1.10(c). The Ninth Circuit consistently holds, however, that "a defendant sentenced pursuant to a mandatory minimum is ineligible for relief under § 3582(c)(2) even if the guideline range

**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE \* 1**

otherwise applicable is reduced." <u>United States v. Jackson</u>, 577 F.3d 1032, 1034 (9th Cir. 2009) (upholding denial of motion to reduce sentence made by defendant convicted of crack cocaine distribution). Because the Court was shackled by the mandatory minimum at the time it sentenced Defendant, it regrets that it must deny his motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Reduction of Sentence (ECF No. 58) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel and Defendant.

**DATED** this 13th day of September, 2011.

<i>s/Robert H. Whaley</i><br>
ROBERT H. WHALEY<br>
United States District Judge

Q:\aCRIMINAL\2002\Crawford\3582c2.ord.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE * 2**