PROB 12C
(7/93)

Report Date: January 7, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deshaun Crawford          Case Number: 0980 2:02CR00199-RHW-1

Address of Offender:                    Spokane, WA 99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 21, 2003

Original Offense:    Distribution of More Than 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)91)

Original Sentence:   Prison 120 months;           Type of Supervision: Supervised Release
                     TSR - 96 months

Asst. U.S. Attorney: Russell Smoot              Date Supervision Commenced: July 18, 2013

Defense Attorney:    Federal Defender's Office  Date Supervision Expires: July 17, 2021

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 17**: The defendant shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.<br><br>**Supporting Evidence**: Deshaun Crawford failed to successfully complete his substance abuse treatment program in violation of special condition number 17.<br><br>Mr. Crawford entered into intensive inpatient treatment at the Sun Ray Court treatment facility in Spokane, Washington, on November 18, 2014. On December 31, 2015, Mr. Crawford was terminated from treatment after he left the facility and failed to return. He was not authorized to leave the facility and was discharged from the program. |
| 2 | **Special Condition # 19**: The defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances.<br><br>**Supporting Evidence**: Deshaun Crawford violated conditions of his supervised release by consuming alcohol on or about December 30, 2015, in violation of special condition number 19. |

      While attending intensive inpatient treatment at Sun Ray Court treatment facility, Mr. Crawford was directed to submit to a urine test.  The sample was sent to the laboratory for testing.  The sample was returned as positive for the presence of alcohol.

3      **Special Condition # 20**: You shall complete 80 hours of community service work, at the rate of not less than 40 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be completed in full no later than August 31, 2015.

      **Supporting Evidence**: Deshaun Crawford failed to complete the required 80 hours of community service by August 31, 2015, as ordered in special condition number 20.

      As of the date of this petition, Mr. Crawford has failed to provide any proof to the undersigned officer that he completed the required community service hours.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/07/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

January 8, 2016
Date