PROB 12C
(6/16)

Report Date: December 14, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deshaun Crawford                Case Number: 0980 2:02CR00199-RHW-1

Address of Offender:                Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 21, 2003
Date of Revocation Sentence: February 11, 2016

Original Offense:     Distribution of More Than 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1),(b)(1)(iii)

Original Sentence:    Prison 120 months;              Type of Supervision: Supervised Release
                      TSR - 96 months

Revocation            90 days incarceration;
Sentence:             TSR - 36 months

Asst. U.S. Attorney:  Russel E. Smoot                 Date Supervision Commenced: May 27, 2016

Defense Attorney:     Federal Defender's Office       Date Supervision Expires: May 26, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.

**Supporting Evidence**: Deshaun Crawford violated conditions of his supervised release by failing to report to his U.S. probation officer as directed.

Mr. Crawford was directed to report to his U.S. probation officer on December 7, 2016. The offender contacted the undersigned officer on December 7, 2016, and stated that he would be unable to report as directed. Mr. Crawford was told to report at 8:30 a.m. on December 8, 2016. The offender agreed.

On December 8, 2016, Mr. Crawford again failed to report as directed. The offender contacted the undersigned officer and stated he would not be able to report due to being at Spokane Community College purchasing books, which by his own admission, did not need to be completed until January 3, 2017.

Prob12C
**Re: Crawford, Deshaun**
**December 14, 2016**
**Page 2**

| | | |
|---|---|---|
| 2 | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. | |

**Supporting Evidence**: Deshaun Crawford violated conditions of his supervised release by refusing to provide a Breathalyzer test on December 7, 2016, and consuming alcohol on or about December 9, 2016, in violation of special condition number 18.

Mr. Crawford reported to the vendor site on December 7, 2016, and left the facility before being able to provide a valid Breathalyzer test.

The defendant reported to the U.S. Probation Office on December 9, 2016. Prior to testing the offender for alcohol use, he admitted that he had consumed alcohol. Mr. Crawford signed a drug use admission form admitting to the use of alcohol on or about December 9, 2016.

| | | |
|---|---|---|
| 3 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. | |

**Supporting Evidence**: Deshaun Crawford failed to successfully complete his substance abuse treatment program in violation of special condition number 16.

Mr. Crawford entered into intensive outpatient as directed on July 19, 2016. On December 7, 2016, Mr. Crawford was terminated from treatment due to continued absences and overall noncompliance with treatment expectations.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/14/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Crawford, Deshaun**
**December 14, 2016**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

December 20, 2016

Date